HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA QUICHO, ) | Case No. 2:23-cv-02785-WBS-CKD |
|     Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| MARTIN O'MALLEY,[1] ) | |
| Commissioner of Social Security, ) | |
|     Defendant. ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until April 5, 2024, in which to e-file her Motion for Summary Judgment which is due on March 6, 2024. Defendant shall file any

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

opposition, including cross-motion, on or before May 6, 2024. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:  February 28, 2024              /s/HARVEY P. SACKETT
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        NORA QUICHO

Dated:  February 28, 2024              /s/JUSTIN LANE MARTIN
                                        JUSTIN LANE MARTIN
                                        Special Assistant U.S. Attorney
                                        Social Security Administration
                                        [*As authorized by email 2/28/24]

IT IS ORDERED.

Dated: February 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE