1  PHILLIP TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   MARY TSAI, CSBN 216963
4  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
5  Office of the General Counsel
   Social Security Administration
6       6401 Security Boulevard
7       Baltimore, MD 21235
        Telephone: (510) 970-4864
8       E-Mail: mary.tsai@ssa.gov
9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| NORA QUICHO, | Case No.: 2:23-cv-02785-WBS-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 3, 2024, up to and including August 2, 2024.

This is Defendant's first request for an extension, and it is made with good cause. Defendant's counsel requires additional time to evaluate the merits of the case and consult with her client, as necessary. Counsel also has three briefs due in the next 10 days, with other litigation matters pending. Therefore, Defendant requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

Stip. for Ext.; 2:23-cv-02785-WBS-CKD        1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                    Respectfully submitted,

Dated: June 26, 2024            /s/  *Harvey Peter Sackett**
                                         *(*as authorized via e-mail on June 26, 2024)*
                                         HARVEY PETER SACKETT
                                         Attorney for Plaintiff

Dated: June 26, 2024            PHILLIP A. TALBERT
                                         United States Attorney

                                         MATHEW W. PILE
                                         Associate General Counsel
                                         Office of Program Litigation, Office 7

                            By:     */s/ Mary Tsai*
                                         MARY TSAI
                                         Special Assistant U.S. Attorney
                                         Office of Program Litigation, Office 7

                                         Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 2, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  June 26, 2024

                                         CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE