HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

Attorney for Plaintiff

/as

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NORA QUICHO,<br><br>      Plaintiff,<br><br>      v.<br><br>MARTIN O'MALLEY,[1]<br>Commissioner of Social Security,<br><br>      Defendant. | Case No.: 2:23-cv-02785-WBS-CKD<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

On July 25, 2024, this Court issued an order reversing the final decision of the Defendant, Martin O'Malley, the Commissioner of Social Security (Commissioner), with a remand for a new decision, 42 U.S.C. § 405(g) (sentence four); judgment was entered.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In the interest of administrative and judicial economy, the parties have agreed to stipulate to an award of SEVEN THOUSAND EIGHT HUNDRED DOLLARS AND ZERO CENTS ($7,800.00) in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d). However, this award shall constitute a complete release from and bar to any and all claims Plaintiff, and/or Harvey P. Sackett ("Counsel") including Sackett and Associates, may have relating to EAJA fees and costs. Further, such award shall not be used as precedent in any future cases. This stipulation constitutes a compromise settlement of [Plaintiff]'s request for EAJA attorney fees, and does not constitute a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified or an admission of liability on the part of the Commissioner under the EAJA or otherwise.

After the Court issues an order for EAJA fees to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees to ("Counsel").  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the ability to honor an assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA is entered, the Government will determine whether they are subject to offset. Fees shall be made payable to Plaintiff, but if the Department of Treasury determines Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees, expenses, and costs to be made payable directly to Counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered and made payable to Counsel, and may be made by electronic fund transfer (EFT) or by check.

Accordingly, Defendant agrees to pay Plaintiff $7,800.00 in attorney's fees.

All parties whose signature lines appear in this document have consented to its filing. This award is without prejudice to the rights of Sackett and Associates and/or Counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated:  August 20, 2024                     SACKETT AND ASSOCIATES


                                   By:     /s/ *HARVEY P. SACKETT*
                                           HARVEY P. SACKETT
                                           Attorney for Plaintiff
                                           NORA QUICHO


Dated: August 21, 2024                      PHILLIP TALBERT
                                            United States Attorney


                                   By:     /s/*MARY TSAI*
                                           MARY TSAI
                                           Special Assistant United States Attorney
                                           Attorney for Defendant
                                           [*As authorized by email on 8/20/24]


                                   **ORDER**


        Pursuant to the stipulation, IT IS SO ORDERED.  The stipulation at ECF No. 22 is

GRANTED and defendant shall pay Plaintiff $7,800.00 in EAJA fees as set forth above.

Dated: 08/21/24

                                           _____
                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE